## Devlin *v.* Milk Control Commission of Pennsylvania, Appellant.

Argued April 13, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Frank E. Coho,* with him *Henry M. Bruner, Henry L. Shepard,* Assistant Deputy Attorney General, and *James H. Duff,* Attorney General, for appellant.

*Herbert A. Barton,* with him *Swartz, Campbell & Henry,* for appellee.

PER CURIAM, May 21, 1945:

The order of the Superior Court is affirmed on the opinion of President Judge KELLER.